THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES CHRISTMAN, Appellant.

*People* v. *Christman*, 163 App. Div. 972, appeal dismissed.
(Submitted February 23, 1915; decided March 3, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 26, 1914, which affirmed a judgment of the Kings County Court rendered

upon a verdict convicting the defendant of the crime of manslaughter in the first degree.

The motion was made upon the ground of failure to prosecute the appeal.

*James C. Cropsey, District Attorney (Ralph E. Hemstreet* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.